IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SEAN EDWARDS**                                                                                        **PLAINTIFF**
**#254600**

**V.**                             **NO. 4:22-cv-01158-JM**

**HIGGINS,** *et al.*                                                                 **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of January, 2023.

                                                                                  _____
                                                                             UNITED STATES DISTRICT JUDGE